**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COURTNEY A. BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01065-MTS |
| | ) | |
| PARALLON, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on review of the file.  On October 8, 2024, the Court entered a Memorandum and Order requiring Plaintiff to file an amended complaint and to show cause in writing why the Court should not dismiss this action as untimely.  Doc. [6]. The Court explained the issues with Plaintiff's Complaint and warned Plaintiff that failure to comply by October 22, 2024, would result in dismissal of this action without further notice.  *Id.*  The Court's deadline has passed, and Plaintiff has not filed an amended complaint nor responded to the Court's order to show cause.  Instead, Plaintiff has submitted some 184 pages of seemingly unrelated materials—including emails and screenshots of websites—without any explanation of how these materials relate to her claims.[*]

---

[*] *See Nichols v. Vilsack*, 1:13-cv-01502-RDM, 2015 WL 9581799, at *1 (D.D.C. Dec. 30, 2015) (explaining that "where undifferentiated documents are submitted along with a complaint that is itself lacking in detail, asking the Court to comb through the attachments to discern the substance of the plaintiff's claims risks placing it more in the role of advocate than judge and risks denying the defendant fair notice and an opportunity to respond to identifiable allegations of wrongdoing").

Under Federal Rule of Civil Procedure 41(b), a court may dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order[.]"  Fed. R. Civ. P. 41(b).  The Court finds that Plaintiff's failure to comply with its previous order warrants dismissal.  *See Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

In addition to Plaintiff's failure to prosecute her case by failing to comply with the Court's Order, Plaintiff has not, in any way, addressed the fatal issues raised by her Complaint that the Court's previous Memorandum and Order addressed.  This action warrants dismissal for those reasons as well.

The Court will enter an Order of Dismissal herewith.

Dated this 5th day of November 2024.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE